

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00273-CV

IN RE MACK BENNETT                                                          RELATOR

-----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 342-268831-13

-----------

## MEMORANDUM OPINION[1]

-----------

We have considered "Relator's Amended Motion to Dismiss Petition for Writ of Mandamus as Moot." It is the court's opinion that the motion should be granted; therefore, we dismiss this original proceeding.

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: LIVINGSTON, C.J.; GABRIEL and SUDDERTH, JJ.

DELIVERED: August 19, 2016

---

[1]*See* Tex. R. App. P. 47.4.